IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NUKAK EFFOING ASANANSI, | ) |
| Petitioner, | ) |
| vs. | ) CASE NO. 2:13-cv-872-WHA |
| UNITED STATES OF AMERICA, | ) (WO) |
| Respondent. | ) |

**ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #18), entered on September 12, 2014, and following a review of the file in this case, it is hereby ORDERED as follows:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This 28 U.S.C. § 2255 motion is DENIED, as it was not filed within the controlling federal limitation period.

3. This case is DISMISSED with prejudice.

DONE this 8th day of October, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE