IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NUKAK EFFOING ASANANSI,       )
                              )
        Petitioner,           )
                              )
vs.                           )   CASE NO. 2:13-cv-872-WHA
                              )
UNITED STATES OF AMERICA,     )            (WO)
                              )
        Respondent.           )

## **FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the United States of America, and against the Petitioner, Nukak Effoing Asanansi, and this case is DISMISSED with prejudice.

DONE this 8th day of October, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE